No. 972. FRANCES HARVEY, PETITIONER, *v.* FIDELITY & CASUALTY COMPANY. April 28, 1913. Petition for a

writ of certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John W. Shine* and *Mr. Wade H. Ellis* for the petitioner. *Mr. Edwin A. Jones* for the respondent.